*Notice: This opinion is subject to formal revision before publication in the Atlantic and Maryland Reporters. Users are requested to notify the Clerk of the Court of any formal errors so that corrections may be made before the bound volumes go to press.*

09/28/2017

**DISTRICT OF COLUMBIA COURT OF APPEALS**

FILED
District of Columbia
Court of Appeals

Julio Castillo
Clerk of Court

**No. 17-BG-535**

IN RE JONATHAN K. FRIEDLANDER

**2017 DDN 33**

An Inactive Member of the Bar of the
District of Columbia Court of Appeals

**Bar Reg. No. 433895**

BEFORE: Beckwith, Associate Judge, and Steadman and Reid, Senior Judges.

**O R D E R**
(Filed – September 28, 2017)

On consideration of the certified order of the Maryland Court of Appeals disbarring respondent from the practice of law in the state of Maryland by consent; this court's June 9, 2017, order temporarily suspending respondent and directing him to show cause why identical reciprocal discipline should not be imposed; the statement of Disciplinary Counsel regarding reciprocal discipline; respondent's response in which he does not oppose identical reciprocal discipline; and it appearing that respondent filed the required D.C. Bar R. XI, § 14 (g) affidavit on July 6, 2017, it is

ORDERED that Jonathan K. Friedlander is hereby disbarred from the practice of law in the District of Columbia *nunc pro tunc* to July 6, 2017. *See In re Sibley*, 990 A.2d 483, 487-88 (D.C. 2010) (explaining that the presumption of identical discipline in D.C. Bar R. XI, § 11 (c) will prevail except in "rare" cases); *In re Cole*, 809 A.2d 1226, 1227 n.3 (D.C. 2002) (explaining that in unopposed reciprocal matters the "imposition of identical discipline should be close to automatic").

**PER CURIAM**